UNITED STATES of America,
Plaintiff–Appellee

v.

SEALED APPELLANT 1,
Defendant–Appellant.

No. 10–10212
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 28, 2011.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Sealed Appellant 1 appeals the revocation of his supervised release following a conviction for a controlled substance offense. Appellant has served the sentence of imprisonment imposed upon revocation, and the district court imposed no further term of supervised release. Therefore, Appellant has no "concrete and continuing injury," and there is no case or controversy over which this court may exercise jurisdiction under Article III, § 2, of the Constitution. *Spencer v. Kemna,* 523 U.S. 1, 7, 14, 118 S.Ct. 978, 140 L.Ed.2d 43

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(1998). Accordingly, this appeal is DISMISSED as MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.